Decided April 12, 2005

## JOHN A. GOMES *v.* MASSACHUSETTS BAY INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 416 (AC 24409), is denied.

*Matthew E. Auger* and *John J. Keleher*, in support of the petition.

*Daniel P. Scapellati*, in opposition.

Decided April 12, 2005